**UNITED STATES DISTRICT COURT**
            **FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                    Case No. 06-cr-10-01-PB

**Padevoth Vann**

### O R D E R

    The defendant has moved to continue the March 7, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from March 7, 2006 to May 2, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 16, 2006 final pretrial conference is continued until April 20, 2006 at 3:15 p.m.

SO ORDERED.

                                          _____
                                          Paul Barbadoro
                                          United States District Judge

February 10, 2006

cc:   Jorel Booker, Esq.
      Donald Feith, AUSA
      United States Probation
      United States Marshal