**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    v.                                    Case No. 06-cr-10-PB

<u>**Pade Voth Vann**</u>

**O R D E R**

    The defendant has moved to continue the May 2, 2006 trial in
the above case, citing the need for additional time to complete
discovery and prepare a defense.  The government does not object
to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time
to complete discovery and properly prepare for trial, the court
will continue the trial from May 2, 2006 to September 6, 2006.
In agreeing to continue the trial, the court finds pursuant to 18
U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the
ends of justice served in granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.

The April 20, 2006 final pretrial conference is continued until August 30, 2006 at 3:30 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 27, 2006

cc:  Jorel V. Booker, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal

2